[Nos. 35027-7-I; 37246-7-I.   Division One.   August 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
PINGITORE, *Appellant*.

*In the Matter of the Personal Restraint Petition of*
MIRANDA PINGITORE, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-07330-1, John M. Darrah, J., entered
July 18, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Cox, J., concurred in by Coleman and
Agid, JJ.

[No. 35478-7-I.   Division One.   August 12, 1996.]

*In the Matter of the Marriage of* KARLEEN M. HALL,
*Respondent*, and DONALD E. HALL, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 89-3-08542-2, Michael C. Hayden, J., entered
September 19, 1994. *Reversed* by unpublished opinion per
Agid, J., concurred in by Webster and Ellington, JJ.

[No. 36076-1-I.   Division One.   August 12, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. JEFERY
DAVID BROWN, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-01198-3, Joseph A. Thibodeau, J.,
entered February 3, 1995. *Reversed* by unpublished per
curiam opinion.

[No. 36187-2-I.   Division One.   August 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
RAINES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-06163-3, Anthony P. Wartnik, J., entered
January 26, 1995. *Reversed* by unpublished per curiam
opinion. Now published at 83 Wn. App. 312.